**GARDOS v. UNITED STATES of America.**

No. 5338.

Circuit Court of Appeals, Seventh Circuit.

March 5, 1935.

Samuel D. Berg, of Milwaukee, Wis., for appellant.

B. J. Husting, U. S. Atty., of Milwaukee, Wis., for the United States.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

It is now here ordered by the court that the motion of counsel for appellant for an extension of time for filing brief for appellant be, and the same is hereby, denied. It is further ordered, adjudged, and decreed that the motion of counsel for appellee to dismiss this appeal be, and the same is hereby, granted, and that this appeal be, and the same is hereby, dismissed.